**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GREGORY AND MICHEEL SANTAGELO** *(Plaintiffs)* | **CIVIL ACTION:** 2:18-CV-11263-MLCF-JVM |
| VS. | JUDGE: MARTIN L.C. FELDMAN |
| **OMNI HOTELS MANAGEMENT CORP.** (*Defendant/Third Party Plaintiff*) | MAG: JANIS VAN MEERVELD |
| VS. | |
| **ALAIYA BENJAMIN, JANE DOE, JOHN DOE, ASSA ABLOY HOSPITALITY, INC.** *(Third Party Defendants)* | |

**THIRD-PARTY DEFENDANT ASSA ABLOY HOSPITALITY, INC.'S ORIGINAL ANSWER TO AMENDED THIRD-PARTY COMPLAINT OF OMNI HOTELS MANAGEMENT CORPORATION**

COMES NOW Third-Party Defendant, ASSA ABLOY Hospitality, Inc. ("Third-Party Defendant") and files this answer to the *Amended Third-Party Complaint* (Doc. 37) filed by Third-Party Plaintiff, Omni Hotels Management Corporation ("Third-Party Plaintiff" or "Omni Hotels").

A. **Admissions and Denials**

1.

Paragraph 1 of the *Amended Third-Party Complaint* is a characterization of what is pled for the *Petition for Damages* (Doc. 1-1) of the Plaintiffs, Gregory and Michelle Santangelo, which requires no response by Third-Party Defendant. To the extent a response is deemed required, Third-Party Defendant denies this paragraph and respectfully refers the Court to the *Petition for Damages* of the Plaintiffs, Gregory and Michelle Santangelo, for a full and accurate recital of its contents.

1

2.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 2 of the *Amended Third-Party Complaint*.

3.

Paragraph 3 of the *Amended Third-Party Complaint* is a characterization of what is pled for the *Petition for Damages* of the Plaintiffs, Gregory and Michelle Santangelo, which requires no response by Third-Party Defendant. To the extent a response is deemed required, Third-Party Defendant denies this paragraph and respectfully refers the Court to the *Petition for Damages* of the Plaintiffs, Gregory and Michelle Santangelo for a full and accurate recital of its contents.

4.

Paragraph 4 of the *Amended Third-Party Complaint* is a characterization of what is pled for the *Petition for Damages* of the Plaintiffs, Gregory and Michelle Santangelo, which requires no response by Third-Party Defendant. To the extent a response is deemed required, Third-Party Defendant denies this paragraph and respectfully refers the Court to the *Petition for Damages* of the Plaintiffs, Gregory and Michelle Santangelo for a full and accurate recital of its contents.

5.

Paragraph 5 of the *Amended Third-Party Complaint* is a characterization of what is pled for the *Petition for Damages* of the Plaintiffs, Gregory and Michelle Santangelo, which requires no response by Third-Party Defendant. To the extent a response is deemed required, Third-Party Defendant denies this paragraph and respectfully refers the Court to the *Petition for Damages* of the Plaintiffs, Gregory and Michelle Santangelo, for a full and accurate recital of its contents.

6.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 6 of the *Amended Third-Party Complaint*.

7.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 7 of the *Amended Third-Party Complaint*.

8.

Third-Party Defendant denies the allegations of paragraph 8 of the *Amended Third-Party Complaint*.

9.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 9 of the *Amended Third-Party Complaint*.

10.

Paragraph 10 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 10 of the *Amended Third-Party Complaint* is denied.

11.

Paragraph 11 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 11 of the *Amended Third-Party Complaint* is denied.

12.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 12 of the *Amended Third-Party Complaint*.

13.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 13 of the *Amended Third-Party Complaint*.

14.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 14 of the *Amended Third-Party Complaint*.

15.

Third-Party Defendant admits the allegations of paragraph 15 of the *Amended Third-Party Complaint*.

16.

Paragraph 16 restates and reincorporates paragraphs 1 through 15 of the *Amended Third-Party Complaint*. Third-Party Defendant renews its answers, responses and denials for paragraphs 1 through 15 of the *Amended Third-Party Complaint* as if fully set forth herein.

17.

Third-Party Defendant denies the allegations of paragraph 17 of the *Amended Third-Party Complaint*.

18.

Paragraph 18 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 18 of the *Amended Third-Party Complaint* is denied.

19.

Paragraph 19 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 19 of the *Amended Third-Party Complaint* is denied.

20.

Paragraph 20 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 20 of the *Amended Third-Party Complaint* is denied.

21.

Paragraph 21 restates and reincorporates paragraphs 1 through 20 of the *Amended Third-Party Complaint*. Third-Party Defendant renews its answers, responses and denials for paragraphs 1 through 20 of the *Amended Third-Party Complaint* as if fully set forth herein.

22.

Paragraph 22 of the *Amended Third-Party Complaint* is a characterization of what is pled for the *Petition for Damages* of the Plaintiffs, Gregory and Michelle Santangelo, which requires no response by Third-Party Defendant. To the extent a response is deemed required, Third-Party Defendant denies this paragraph and respectfully refers the Court to the *Petition for Damages* of the Plaintiffs, Gregory and Michelle Santangelo for a full and accurate recital of its contents.

23.

Third-Party Defendant denies the allegations of paragraph 23 of the *Amended Third-Party Complaint*.

24.

Paragraph 24 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 24 of the *Amended Third-Party Complaint* is denied.

25.

Paragraph 25 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 25 of the *Amended Third-Party Complaint* is denied.

26.

Paragraph 26 restates and reincorporates paragraphs 1 through 25 of the *Amended Third-Party Complaint*. Third-Party Defendant renews its answers, responses and denials for paragraphs 1 through 25 of the *Amended Third-Party Complaint* as if fully set forth herein.

27.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 27 of the *Amended Third-Party Complaint*.

28.

Third-Party Defendant denies the allegations of paragraph 28 of the *Amended Third-Party Complaint*.

29.

Third-Party Defendant denies the allegations of paragraph 29 of the *Amended Third-Party Complaint*.

30.

Paragraph 30 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 30 of the *Amended Third-Party Complaint* is denied.

31.

Third-Party Defendant denies the allegations of paragraph 31 of the *Amended Third-Party Complaint*.

32.

Paragraph 32 restates and reincorporates paragraphs 1 through 31 of the *Amended Third-Party Complaint*. Third-Party Defendant renews its answers, responses and denials for paragraphs 1 through 31 of the *Amended Third-Party Complaint* as if fully set forth herein.

33.

Third-Party Defendant denies the allegations of paragraph 33 of the *Amended Third-Party Complaint.*

34.

Third-Party Defendant denies the allegations of paragraph 34 of the *Amended Third-Party Complaint.*

35.

Third-Party Defendant denies the allegations of paragraph 35 of the *Amended Third-Party Complaint.*

36.

Third-Party Defendant denies the allegations of paragraph 36 of the *Amended Third-Party Complaint.*

37.

Third-Party Defendant denies the allegations of paragraph 37 of the *Amended Third-Party Complaint*.

38.

Third-Party Defendant denies the allegations of paragraph 38 of the *Amended Third-Party Complaint*.

39.

Paragraph 39 restates and reincorporates paragraphs 1 through 38 of the *Amended Third-Party Complaint*. Third-Party Defendant renews its answers, responses and denials for paragraphs 1 through 38 of the *Amended Third-Party Complaint* as if fully set forth herein.

40.

Third-Party Defendant denies the allegations of paragraph 40 of the *Amended Third-Party Complaint*.

41.

Third-Party Defendant denies the allegations of paragraph 41 of the *Amended Third-Party Complaint*.

42.

Third-Party Defendant denies the allegations of paragraph 42 of the *Amended Third-Party Complaint*.

43.

Third-Party Defendant denies the allegations of paragraph 43 of the *Amended Third-Party Complaint*.

Case 2:18-cv-11263-MLCF-JVM   Document 47   Filed 06/28/19   Page 9 of 17

44.

Paragraph 44 restates and reincorporates paragraphs 1 through 43 of the *Amended Third-Party Complaint*. Third-Party Defendant renews its answers, responses and denials for paragraphs 1 through 43 of the *Amended Third-Party Complaint* as if fully set forth herein.

45.

Paragraph 45 of the *Amended Third-Party Complaint* requires no admission or denial by Third-Party Defendant.

46.

Paragraph 46 of the *Amended Third-Party Complaint* requires no admission or denial by Third-Party Defendant.

47.

Paragraph 47 restates and reincorporates paragraphs 1 through 46 of the *Amended Third-Party Complaint*. Third-Party Defendant renews its answers, responses and denials for paragraphs 1 through 46 of the *Amended Third-Party Complaint* as if fully set forth herein.

48.

Third-Party Defendant denies the allegations of paragraph 48 of the *Amended Third-Party Complaint*.

49.

Third-Party Defendant denies the allegations of paragraph 49 of the *Amended Third-Party Complaint*.

50.

Third-Party Defendant denies the allegations of paragraph 50 of the *Amended Third-Party Complaint*.

51.

Paragraph 51 restates and reincorporates paragraphs 1 through 50 of the *Amended Third-Party Complaint.* Third-Party Defendant renews its answers, responses and denials for paragraphs 1 through 50 of the *Amended Third-Party Complaint* as if fully set forth herein.

52.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 52 of the *Amended Third-Party Complaint*.

53.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 53 of the *Amended Third-Party Complaint*.

54.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 54 of the *Amended Third-Party Complaint*.

55.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 55 of the *Amended Third-Party Complaint*.

56.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 56 of the *Amended Third-Party Complaint*.

57.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 57 of the *Amended Third-Party Complaint*.

58.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 58 of the *Amended Third-Party Complaint*.

59.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 59 of the *Amended Third-Party Complaint*.

60.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 60 of the *Amended Third-Party Complaint*.

61.

Paragraph 61 restates and reincorporates paragraphs 1 through 60 of the *Amended Third-Party Complaint*. Third-Party Defendant renews its answers, responses and denials for paragraphs 1 through 60 of the *Amended Third-Party Complaint* as if fully set forth herein.

62.

Paragraph 62 of the *Amended Third-Party Complaint* is a characterization of what is pled for the *Petition for Damages* of the Plaintiffs, Gregory and Michelle Santangelo, which requires no response by Third-Party Defendant. To the extent a response is deemed required, Third-Party Defendant denies this paragraph and respectfully refers the Court to the *Petition for Damages* of the Plaintiffs, Gregory and Michelle Santangelo for a full and accurate recital of its contents.

63.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 63 of the *Amended Third-Party Complaint*.

64.

Paragraph 64 restates and reincorporates paragraphs 1 through 63 of the *Amended Third-Party Complaint*. Third-Party Defendant renews its answers, responses and denials for paragraphs 1 through 63 of the *Amended Third-Party Complaint* as if fully set forth herein.

65.

Paragraph 65 consists of a legal conclusion(s) and statement of alleged legislative intent to which no response is required. To the extent a response is deemed required, paragraph 65 of the *Amended Third-Party Complaint* is denied.

66.

Paragraph 66 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 66 of the *Amended Third-Party Complaint* is denied.

67.

Paragraph 67 consists of a legal conclusion(s) and statement of alleged legislative intent to which no response is required. To the extent a response is deemed required, paragraph 67 of the *Amended Third-Party Complaint* is denied.

68.

Third-Party Defendant for want of knowledge and information sufficient to form a belief denies the allegations of paragraph 68 of the *Amended Third-Party Complaint*.

69.

Paragraph 69 restates and reincorporates paragraphs 1 through 68 of the *Amended Third-Party Complaint*. Third-Party Defendant renews its answers, response and denials for paragraphs 1 through 68 of the *Amended Third-Party Complaint* as if fully set forth herein.

70.

Paragraph 70 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 70 of the *Amended Third-Party Complaint* is denied.

71.

Paragraph 71 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 71 of the *Amended Third-Party Complaint* is denied.

72.

Paragraph 72 of the *Amended Third-Party Complaint* requires no admission or denial by Third-Party Defendant.

73.

Paragraph 73 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 73 of the *Amended Third-Party Complaint* is denied.

74.

Paragraph 74 of the *Amended Third-Party Complaint* requires no admission or denial by Third-Party Defendant.

75.

Paragraph 75 consists of a legal conclusion(s) to which no response is required. To the extent a response is deemed required, paragraph 75 of the *Amended Third-Party Complaint* is denied.

76.

Third-Party Defendant denies the allegations of paragraph 76 of the *Amended Third-Party Complaint.*

### B. <u>Affirmative Defenses</u>

77.

A third-party, for whom a Third-Party Defendant is not responsible, caused Third-Party Plaintiff's alleged damages and injuries.

78.

*Amended Third-Party Complaint* fails to state a claim against Third-Party Defendant for which relief may be granted.

79.

Third-Party Plaintiff does not have a right of action against Third-Party Defendant and Third-Party Plaintiff lacks standing to assert the claims.

80.

The damages alleged in the *Amended Third-Party Complaint* were not caused by Third-Party Defendant.

81.

If Third-Party Plaintiff was damaged, which is denied, then the alleged damages, if any, were due to Third-Party Plaintiff's own actions, failure to act, contributory negligence or fault, comparative fault and/or neglect.

82.

To the extent that Third-Party Plaintiff was damaged, which is denied, Third-Party Plaintiff failed to mitigate those damages asserted and reasonably avoid the consequences of the alleged damages.

83.

Third-Party Plaintiff's claims are barred by the doctrine of equitable *estoppel*.

84.

Third-Party Plaintiff's claims are barred by the doctrine of waiver and/or abandonment.

85.

Third-Party Plaintiff's claims are barred by the doctrine of accord and satisfaction.

86.

On information and belief, Third-Party Plaintiff seeks double recovery for the same damages and therefore Third-Party Plaintiff's claims are barred as a matter of law.

87.

Third-Party Defendant did not owe the alleged duties to Third-Party Plaintiff nor breached any duty owed to Third-Party Plaintiff.

88.

Third-Party Defendant states that any damages for which Third-Party Plaintiff may be liable were caused in whole or in part by the negligence of Third-Party Plaintiff, and therefore, Third-Party Plaintiff's recovery is barred in whole or in part or subject to diminution.

89.

Third-Party Plaintiff's claims are barred, in whole or in part, by prescription, preemption, statute of limitations or other applicable law.

90.

Third-Party Plaintiff's claims are barred, in whole or in part, by the *doctrine of laches*, waiver, justification, ratification, confirmation, novation, compromise, receipt and release, *res judicata*, accord in satisfaction, recoupment, set-off and/or equitable *estoppel*.

91.

Third-Party Defendant is entitled to an offset and/or credit and/or reduction of damages for any fault attributable to any other party or person or entity not a party to these proceedings, which caused or contributed to Third-Party Plaintiff's alleged damages.

**WHEREFORE**, for these reasons, Third-Party Defendant ASSA ABLOY Hospitality, Inc. asks this Court to enter Judgment that Third-Party Plaintiff, Omni Hotels Management Corporation take nothing, dismiss the Third-Party Plaintiff's suit with prejudice, assess costs against Third-Party Plaintiff and award Third-Party Defendant all other equitable relief for which they are entitled.

Respectfully submitted,

**WIENER, WEISS & MADISON**
445 Louisiana Ave.
Baton Rouge, LA 70802
225-930-4772 – *Office*
225-930-4775 – *Facsimile*
jmadisoniii@wwmlaw.com

*/s/ John M. Madison III*
John M. Madison III, La. Bar No. 26394

*And*

>ANTHONY J. BARBIERI[1]
>Texas Bar No. 24025235
>ajb@kesslercollins.com
>PHILIP G. McNICHOLAS[2]
>Texas Bar No. 24078987
>pgm@kesslercollins.com
>ANDREA N. PEREZ[3]
>Texas Bar No. 24070402
>anp@kesslercollins.com
>
>Kessler Collins, P.C.
>2100 Ross Avenue, Suite 750
>Dallas, Texas 75201
>214-379-0722 Telephone
>214-373-4714 Telecopier
>
>***Attorneys for Third-Party Defendant, ASSA ABLOY Hospitality, Inc.***

## CERTIFICATE

I hereby certify that a copy of the above and foregoing *Original Answer to Amended Third-Party Complaint* was filed electronically with the Clerk of Court through the CM//ECF System. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic system and/or by means of email, facsimile or U.S. Mail.

Baton Rouge, Louisiana, this 28th of June 2019.

>*/s/ John M. Madison III*
>John M. Madison III

---

[1] *Pro Hac Vice* Application forthcoming.

[2] *Pro Hac Vice* Application forthcoming.

[3] *Pro Hac Vice* Application forthcoming.